```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-20112-001-JTF-atc |
| ) | |
| LADARRIUS GOSS, ) | |
| ) | |
| Defendant. ) | |

_____

                        ORDER OF REFERENCE
_____

Defendant's Amended Motion to Suppress (DE# 30) is hereby referred to Magistrate Judge Annie T. Christoff for Report & Recommendation.

IT IS SO ORDERED THIS 11th DAY OF AUGUST 2022.

                                   *s/John T. Fowlkes, Jr.*
                                UNITED STATES DISTRICT JUDGE