# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | )   CR. No. <u>**2:22-CR-20112-JTF**</u> |
| | ) |
| v. | ) |
| | ) |
| **LADARRIUS GOSS,** | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS

COMES NOW the UNITED STATES by and through its counsel, Joseph C. Murphy Jr., United States Attorney for the Western District of Tennessee, and P. Neal Oldham, Assistant United States Attorney, and moves this Honorable Court to dismiss the Indictment filed in the above-styled case against defendant Ladarrius Goss. It has been determined that this case is due to be dismissed.

        Respectfully submitted,

        JOSEPH C. MURPHY JR.
        UNITED STATES ATTORNEY

By:   <u>/s/ P. Neal Oldham</u>
       P. NEAL OLDHAM
       Assistant United States Attorney
       167 North Main, Ste. 800
       Memphis, TN 38103
       (901)544-4231

## CERTIFCATE OF SERVICE

I, P. Neal Oldham, Assistant United States Attorney, do hereby certify that a copy of the foregoing motion has been served on the defendant.

Respectfully submitted this the 23rd day of August, 2022.

/s/ P. Neal Oldham
P. NEAL OLDHAM
Assistant United States Attorney