# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | )  CR. No. **2:22-CR-20112-JTF** |
| | ) |
| v. | ) |
| | ) |
| **LADARRIUS GOSS,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER DISMISSING INDICTMENT

Before the Court is the government's August 23, 2022, Motion to Dismiss Indictment.

For good cause shown, the motion is GRANTED.

SO ORDERED this the 23rd day of August, 2022

*s/John T. Fowlkes, Jr.*
Honorable John T. Fowlkes, Jr.
United States District Judge